UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Kathy Akin

                Defendant.

---

7:21-MJ-12387(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on February 24, 2022 accepted the defendant's plea of guilty to the charge of Disorderly Conduct in violation of the provisions of Section 240.20 of the Penal Law of New York State, in full satisfaction of the Misdemeanor Complaint filed on December 29, 2021, it is,

ORDERED, ADJUDGED AND DECREED that the Defendant, Kathy Akin is sentenced to pay a fine of $200.00, with time to pay White Plains by March 30, 2022 or appear on March 31, 2002 in this Court to show cause why the fine has not been paid. The Defendant is also prohbibited from entereing the premises at the Monticell VA.

Dated: Sept 6, 2022
Poughkeepsie, N.Y.

SO ORDERED:

Hon. Martin R. Goldberg
United States Magistrate Judge